■ In the Matter of KEVIN TOWNSEND, Petitioner, v MICHAEL CAPRA, as Superintendent of Sing Sing Correctional Facility, et al., Respondents. [995 NYS2d 533]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent Commissioner of Corrections and Community Supervision which found petitioner guilty of violating certain prison disciplinary rules.

Determination confirmed. No opinion.

Stein, J.P., Garry, Rose, Lynch and Devine, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.